FILED

FEB - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr 288-H |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | |
| CRISTIAN GONZALEZ HERNANDEZ, | ) | Title 18, U.S.C., Sec. 1544-<br>Misuse of Passport (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 6, 2008, within the Southern District of California, defendant CRISTIAN GONZALEZ HERNANDEZ, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Christian Alexander Amezcua, a United States citizen, knowing full well that he was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: February 5, 2008 .

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:lml   1/8/08