AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

CRISTIAN GONZALEZ HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 cr 288 - H
08 mj 0046

I, CRISTIAN GONZALEZ HERNANDEZ, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/5/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
CRISTIAN GONZALEZ HERNANDEZ
Defendant

_____ 1/29/08
FRANK M. MURPHY III
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**ORIGINAL**